In the Matter of the Application of HARRY BERGEN, Respondent, to Invalidate a Nominating Petition; JAMES F. KIERNAN, Appellant.

(Argued November 2, 1933; decided November 2, 1933.)

*Max Hendler* and *Harry Aaron* for appellant.
*Edward A. Kole* and *Julius Hollander* for respondent.

No opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.